Amanda F. Benedict, Ca. Bar No. 200291
LAW OFFICES OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7562
amanda@amandabenedict.com
*Attorney for Plaintiff,*
*Branden Robertson*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BRANDEN ROBERTSON, | Case No.: 2:20-cv-06283-MCS-GJS |
|---|---|
| Plaintiff | |
| -Against- | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SANTANDER CONSUMER USA INC. ONLY** |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| TRANS UNION, LLC, | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| SANTANDER CONSUMER USA, INC., | |
| Defendants. | |

TO THE HONORABLE JUDGE MARK C. SCARSI:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Branden Robertson, and Defendant Santander Consumer USA Inc. file this Stipulation of Dismissal with Prejudice and in support thereof respectfully show the Court as follows:

There are no longer any issues in this matter between Branden Robertson, and Santander Consumer USA Inc. to be determined by this Court.  The Plaintiff hereby

- 2 -

stipulates that all claims or causes of action against Santander Consumer USA Inc. which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

DATED: April 2, 2021          LAW OFFICES OF AMANDA F. BENEDICT

                              By */s/Amanda Benedict*
                                 Amanda Benedict, Esq.
                                 Counsel for BRANDEN ROBERTSON

DATED: April 2, 2021

                              JONESDAY

                              By */s/ Kenneth Akira Ohashi*
                                 Kenneth Akira Ohashi, Esq.
                                 Counsel for SANTANDER CONSUMER USA INC.

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to Kenneth Akira Ohashi, Esq., counsel for Santander Consumer USA, Inc., and that I have obtained Mr. Kenneth Akira Ohashi, Esq.'s authorization to affix his electronic signature to this document.

DATED: April 2, 2021

By: */s/Amanda Benedict*
Amanda Benedict
Counsel for Plaintiff, Branden Robertson

- 3 -

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SANTANDER CONSUMER USA INC. ONLY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 7710 Hazard Center Dr., Ste E-104, San Diego, CA 92108.

On April 2, 2021, I served true copies of the following document(s) described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2021, at San Diego, California.

*/s/Amanda Benedict*
Amanda Benedict

## SERVICE LIST

Kristin L. Marker
Kmarker@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser
6900 Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5454
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

Pamela C Acebo
Pacebo@jonesday.com
Jones Day
3161 Michelson Drive Suite 800
Irvine, CA 92612
949-553-7517
Fax: 949-553-7539
***Counsel for Experian Information Solutions, Inc.***

Thomas P. Quinn , Jr
Tquinn@nokesquinn.com
Nokes and Quinn APC
410 Broadway Suite 200
Laguna Beach, CA 92651
(949) 376-3500
Fax: (949) 376-3070
***Counsel for Equifax Information Services, LLC***

Kenneth Akira Ohashi
Kohashi@yumollp.com
Yu Mohandesi LLP
633 West 5th Street Suite 2800
Los Angeles, CA 90071
(213) 377-1206
Fax: (213) 377-5501
***Counsel for Santander Consumer USA Inc.***

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SANTANDER CONSUMER USA INC. ONLY