Amanda F. Benedict, Ca. Bar No. 200291
LAW OFFICES OF AMANDA F. BENEDICT
7710 Hazard Center Dr., Ste E-104
San Diego, CA 92108
Telephone: (760) 822-1911
Facsimile: (760) 452-7562
amanda@amandabenedict.com
*Attorney for Plaintiff,*
*Branden Robertson*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN ROBERTSON,<br><br>Plaintiff<br>-Against-<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>TRANS UNION, LLC,<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendants. | Case No.: 2:20-cv-06283-MCS-GJS<br><br>**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE OF SANTANDER CONSUMER USA INC.

Plaintiff Branden Robertson has announced to the Court that all claims or causes of action against Santander Consumer USA Inc. have been resolved. A Joint Stipulation of Dismissal with Prejudice of Santander Consumer USA, Inc. has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice of Santander Consumer USA Inc., the Court makes and enters the following Order:

ORDER OF DISMISSAL WITH PREJUDICE AS TO SANTANDER CONSUMER USA INC.

IT IS ORDERED that Plaintiff's action, including all claims and causes of action that were or could have been asserted therein by Plaintiff Branden Robertson against Defendant Santander Consumer USA Inc., are in all respects dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this _____ day of _____, 2021.

**HONORABLE MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE AS TO SANTANDER CONSUMER USA INC.